**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANNA WILLIAMS,       ) | |
|     Plaintiff,       ) | |
|            ) | |
| vs.       ) | Case No. 05-CV-362-PJC |
|            ) | |
| JO ANNE B. BARNHART,       ) | |
| Commissioner,       ) | |
| Social Security Administration,       ) | |
|     Defendant.       ) | |

**O R D E R**

Upon consideration of Defendant's Motion to Reverse and Remand (Dkt. #17) and for good cause shown, it is hereby ORDERED that the Commissioner's decision that Plaintiff was not disabled from February 5, 2003 through March 11, 2004 be reversed and this case remanded to the Commissioner for further administrative action for that period of time pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED this 11th day of April, 2006.

_____
Paul J. Cleary
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANNA WILLIAMS,            ) | |
|       Plaintiff,          ) | |
|                           ) | |
| vs.                       ) | Case No. 05-CV-362-PJC |
|                           ) | |
| JO ANNE B. BARNHART,      ) | |
| Commissioner,             ) | |
| Social Security Administration, ) | |
|       Defendant.          ) | |

## RULE 58 FINAL JUDGMENT

This action has come before the Court for consideration upon Defendant's unopposed Motion to Reverse and Remand for Further Administrative Action (Doc. 17). An Order reversing and remanding the case to the Commissioner has been entered (Doc. 18).

The Court enters this Final Judgment under Fed. R. Civ. P. 58 reversing and remanding this case to the Commissioner for further administrative action.

THUS DONE AND SIGNED on this _____ day of _____, 2006.

_____
PAUL J. CLEARY
United States Magistrate Judge